

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00203-CV

MONTE LEGGETT, APPELLANT

V.

STATE FARM LLOYDS, APPELLEE

On Appeal from the 84th District Court
Hutchinson County, Texas
Trial Court No. 41666, Honorable James Mosely, Presiding

November 17, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Monte Leggett, has filed an unopposed motion to voluntarily dismiss his appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam